UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KAREN BARBER, | ) |
| Plaintiff, | ) Case No. 7:20-cv-00555 |
| v. | ) **ORDER** |
| SOUTHWEST VIRGINIA INVESTMENTS INC. | ) By: Hon. Glen E. Conrad |
| and | ) Senior United States District Judge |
| CHARLES JOHN "CJ" COVATI, | ) |
| Defendants. | ) |

## ORDER DISMISSING CASE WITH PREJUDICE

The parties have entered a Joint Stipulation of Dismissal with Prejudice in this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It appearing to the court that the parties agree to such relief, and that it is otherwise proper to do so, it is hereby **ORDERED** that this matter is **DISMISSED** with prejudice and shall be **STRICKEN** from the court's active docket. By agreement of the parties, each side shall bear its own fees and costs, including attorney's fees.

DATED: This 30th day of November, 2020.

_____
Senior United States District Judge